"The court does not certify that it was not part of the res gestæ as the hogs had not been disposed of at that time."

The bill as qualified shows no error.

 Bill of exceptions No. 2 is to the overruling of appellant's request for a peremptory instruction to the jury finding him not guilty on account of the insufficiency of the evidence to support any verdict of guilty.

In the absence of a statement of facts, we are unable to review this question, and we cannot sustain this bill of exceptions.

Nothing further is called to our attention, and this judgment is therefore affirmed.

## GOODALE v. STATE.

### No. 19725.

Court of Criminal Appeals of Texas.

April 13, 1938.

Rehearing Denied May 18, 1938.

R. C. Rowland and John J. Sargent, both of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of burglary, and assessed six years' confinement in the penitentiary.

The record is here without a statement of facts or bills of exception. All matters of procedure appear regular.

The judgment is affirmed.